CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

DANA A. BARBATA #9112
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Dana.Barbata@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEILING GUO,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO MAYORKAS, SECRETARY OF DHS, IN HIS OFFICIAL CAPACITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; UR MENDOZA JADDOU, DIRECTOR OF USCIS, IN HER OFFICIAL CAPACITY; TED H. KIM, DIRECTOR OF ASSOCIATE DIRECTOR OF THE REFUGEE, ASYLUM AND INTERNATIONAL OPERATIONS DIRECTORATE, IN HIS OFFICIAL CAPACITY; LOS ANGELES ASYLUM OFFICE of USCIS; DAVID MATTHEW RADEL, DIRECTOR OF LOS ANGELES ASYLUM OFFICE of USCIS, IN HIS | CIVIL NO. 23-00605 JMS-RT<br><br>STIPULATION TO DISMISS ALL CLAIMS; ORDER |

| | |
|---|---|
| OFFICIAL CAPACITY; HONOLULU FIELD OFFICE OF USCIS; JAYCI RONEY, ACTING DIRECTOR OF HONOLULU FIELD OFFICE OF USCIS, IN HER OFFICIAL CAPACITY,<br><br>               Defendants. | |

## STIPULATION TO DISMISS ALL CLAIMS

IT IS HEREBY STIPULATED and AGREED by and between Plaintiff MEILING GUO ("Plaintiff") and Defendants U.S. DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO MAYORKAS, Secretary of DHS, in his Official Capacity; U. S. CITIZENSHIP AND IMMIGRATION SERVICES; UR MENDOZA JADDOU, Director of USCIS, in her Official Capacity; TED H. KIM, Director of Associate Director of the Refugee, Asylum and International Operations Directorate, in his Official Capacity; LOS ANGELES ASYLUM OFFICE OF USCIS; DAVID MATTHEW RADEL, Director of Los Angeles Asylum Office of USCIS, in his Official Capacity; HONOLULU FIELD OFFICE OF USCIS; JAYCI RONEY, Acting Director of Honolulu Field Office of USCIS, in her Official Capacity (collectively the "Defendants"), by and through their respective counsel, pursuant to 41(a)(1)(A)(ii) of the Federal Rules of Civil

2

Procedure, that the instant action shall be dismissed *with prejudice*. Each party to bear its own fees and costs. All parties who have appeared have signed the stipulation of dismissal and there are no remaining parties or claims.

Dated: September 30, 2024, at Honolulu, Hawaii.

CLARE E. CONNORS
United States Attorney
District of Hawaii

 /s/ Wen Sheng Gao                           /s/ Dana A. Barbata
_____       By _____
WEN SHENG GAO, ESQ.              DANA A. BARBATA
                                                       Assistant U.S. Attorney

Attorney for Plaintiff                   Attorneys for Defendants
MEILING GUO

APPROVED AND SO ORDERED:



 /s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Meiling Guo v. U. S. Department of Homeland Security; et al.*; Civ. No. 23-00605 JMS-RT; "Stipulation to Dismiss All Claims; Order"

3